# Earnings Statement

**ADP**

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Period Beginning: 11/11/2024
Period Ending: 11/24/2024
Pay Date: 11/22/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

**KIMYUTTA M CARROLL**
**6716 CORNELIUS ST**
**PHILADELPHIA PA 19138**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2423.08 | 80.00 | 2,423.08 | 57,346.26 |
| Bonus | | | | 2,500.00 |
| **Gross Pay** | | | **$2,423.08** | 59,846.26 |

Your federal taxable wages this period are $2,251.72

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -193.90 | 5,057.05 |
| | Social Security Tax | -147.67 | 3,592.69 |
| | Medicare Tax | -34.54 | 840.23 |
| | PA State Income Tax | -72.85 | 1,785.52 |
| | Philadelphia Income Tax | -91.20 | 2,251.28 |
| | PA SUI Tax | -1.69 | 41.89 |
| | **Other** | | |
| | Dental Pretax | -5.20* | 114.40 |
| | Health Pretax | -40.55* | 892.10 |
| | Pre-Tax Matched | -121.15* | 2,439.19 |
| | Vision PreTax | -4.46* | 98.12 |
| | Expense Reimbur | | -497.86 |
| | Phone Reimburse | | -200.00 |
| | Pre Tax Transit | | 582.00 |
| | Pre-Tax Parking | | 401.00 |
| | Supp.Life+AD&D | | 8.72 |
| | **Net Pay** | | **$1,709.87** |
| | Chkng Acct #1 | -1,709.87 | |
| | **Net Check** | | **$0.00** |

**Other Benefits and Information** | this period | total to date
---|---|---
Gtl | 8.86 | 187.92

**Important Notes**
COMPANY PH #: 617-234-3876

BASIS OF PAY: SALARY

*** Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

**Advice number:** 00000470007
**Pay date:** 11/22/2024



**Deposited to the account of** | | account number | transit ABA | amount
---|---|---|---|---
**KIMYUTTA M CARROLL** | | xxxxxx3212 | xxxx xxxx | $1,709.87

**NON-NEGOTIABLE**

CPN 0000450007

**Earnings Statement** ADP

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Period Beginning: 10/28/2024
Period Ending: 11/10/2024
Pay Date: 11/08/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

KIMYUTTA M CARROLL
6716 CORNELIUS ST
PHILADELPHIA PA 19138

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2423.08 | 80.00 | 2,423.08 | 54,923.18 |
| Bonus | | | | 2,500.00 |
| **Gross Pay** | | | **$2,423.08** | 57,423.18 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,241.72

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -192.70 | 4,863.15 |
| | Social Security Tax | -147.05 | 3,445.02 |
| | Medicare Tax | -34.39 | 805.69 |
| | PA State Income Tax | -72.69 | 1,712.67 |
| | Philadelphia Income Tax | -91.20 | 2,160.08 |
| | PA SUI Tax | -1.70 | 40.20 |
| **Other** | | | |
| | Dental Pretax | -5.20* | 109.20 |
| | Health Pretax | -40.55* | 851.55 |
| | Pre Tax Transit | -5.00* | 582.00 |
| | Pre-Tax Matched | -121.15* | 2,318.04 |
| | Pre-Tax Parking | -5.00* | 401.00 |
| | Vision PreTax | -4.46* | 93.66 |
| | Expense Reimbur | | -497.86 |
| | Phone Reimburse | | -200.00 |
| | Supp.Life+AD&D | | 8.72 |
| **Adjustment** | | | |
| | Phone Reimburse | +40.00 | |
| **Net Pay** | | **$1,741.99** | |
| | Chkng Acct #1 | -1,741.99 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 8.86 | 179.06 |

**Important Notes**
COMPANY PH #: 617-234-3876

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Advice number: 00000450007
Pay date: 11/08/2024



**Deposited to the account of** | **account number** | **transit ABA** | **amount**
KIMYUTTA M CARROLL | xxxxxx3212 | xxxx xxxx | $1,741.99

**NON-NEGOTIABLE**

# Earnings Statement

ADP

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Period Beginning: 10/14/2024
Period Ending: 10/27/2024
Pay Date: 10/25/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

**KIMYUTTA M CARROLL**
**6716 CORNELIUS ST**
**PHILADELPHIA PA 19138**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2423.08 | 80.00 | 2,423.08 | 52,500.10 |
| Bonus | | | | 2,500.00 |
| **Gross Pay** | | | **$2,423.08** | 55,000.10 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -193.90 | 4,670.45 |
| | Social Security Tax | -147.67 | 3,297.97 |
| | Medicare Tax | -34.54 | 771.30 |
| | PA State Income Tax | -72.85 | 1,639.98 |
| | Philadelphia Income Tax | -91.20 | 2,068.88 |
| | PA SUI Tax | -1.70 | 38.50 |
| **Other** | | | |
| | Dental Pretax | -5.20* | 104.00 |
| | Health Pretax | -40.55* | 811.00 |
| | Pre-Tax Matched | -121.15* | 2,196.89 |
| | Vision PreTax | -4.46* | 89.20 |
| | Expense Reimbur | | -497.86 |
| | Phone Reimburse | | -160.00 |
| | Pre Tax Transit | | 577.00 |
| | Pre-Tax Parking | | 396.00 |
| | Supp.Life+AD&D | | 8.72 |
| **Net Pay** | | **$1,709.86** | |
| | Chkng Acct #1 | -1,709.86 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $2,251.72

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 8.86 | 170.20 |

**Important Notes**

COMPANY PH #: 617-234-3876

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, Inc.

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Advice number: 00000430007
Pay date: 10/25/2024



**Deposited to the account of** | account number | transit ABA | amount
**KIMYUTTA M CARROLL** | xxxxxx3212 | xxxx xxxx | $1,709.86

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Period Beginning: 09/30/2024
Period Ending: 10/13/2024
Pay Date: 10/11/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

KIMYUTTA M CARROLL
6716 CORNELIUS ST
PHILADELPHIA PA 19138

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2423.08 | 80.00 | 2,423.08 | 50,077.02 |
| Bonus | | | | 2,500.00 |
| **Gross Pay** | | | **$2,423.08** | 52,577.02 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,241.72

| **Deductions** | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -192.70 | 4,476.55 |
| | Social Security Tax | -147.04 | 3,150.30 |
| | Medicare Tax | -34.39 | 736.76 |
| | PA State Income Tax | -72.69 | 1,567.13 |
| | Philadelphia Income Tax | -91.20 | 1,977.68 |
| | PA SUI Tax | -1.69 | 36.80 |
| **Other** | | | |
| | Dental Pretax | -5.20* | 98.80 |
| | Health Pretax | -40.55* | 770.45 |
| | Pre Tax Transit | -5.00* | 577.00 |
| | Pre-Tax Matched | -121.15* | 2,075.74 |
| | Pre-Tax Parking | -5.00* | 396.00 |
| | Vision PreTax | -4.46* | 84.74 |
| | Expense Reimbur | | -497.86 |
| | Phone Reimburse | | -160.00 |
| | Supp. Life+AD&D | | 8.72 |
| **Adjustment** | | | |
| | Phone Reimburse | +40.00 | |
| **Net Pay** | | **$1,742.01** | |
| | Chkng Acct #1 | -1,742.01 | |
| **Net Check** | | **$0.00** | |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Gtl | 8.86 | 161.34 |

**Important Notes**
COMPANY PH #: 617-234-3876

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Advice number: 00000410007
Pay date: 10/11/2024



**Deposited to the account of**
**KIMYUTTA M CARROLL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3212 | xxxx xxxx | $1,742.01 |

**NON-NEGOTIABLE**

# Earnings Statement

ADP

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

Period Beginning: 09/16/2024
Period Ending: 09/29/2024
Pay Date: 09/27/2024

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**KIMYUTTA M CARROLL**
**6716 CORNELIUS ST**
**PHILADELPHIA PA 19138**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2423.08 | 80.00 | 2,423.08 | 47,653.94 |
| Bonus | | | | 2,500.00 |
| **Gross Pay** | | | **$2,423.08** | 50,153.94 |

Your federal taxable wages this period are $2,251.72

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -193.90 | 4,283.85 |
| | Social Security Tax | -147.67 | 3,003.26 |
| | Medicare Tax | -34.53 | 702.37 |
| | PA State Income Tax | -72.85 | 1,494.44 |
| | Philadelphia Income Tax | -91.20 | 1,886.48 |
| | PA SUI Tax | -1.70 | 35.11 |
| | **Other** | | |
| | Dental Pretax | -5.20* | 93.60 |
| | Health Pretax | -40.55* | 729.90 |
| | Pre-Tax Matched | -121.15* | 1,954.59 |
| | Vision PreTax | -4.46* | 80.28 |
| | Expense Reimbur | | -497.86 |
| | Phone Reimburse | | -120.00 |
| | Pre Tax Transit | | 572.00 |
| | Pre-Tax Parking | | 391.00 |
| | Supp.Life+AD&D | | 8.72 |
| | **Net Pay** | **$1,709.87** | |
| | Chkng Acct #1 | -1,709.87 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 8.86 | 152.48 |

**Important Notes**
COMPANY PH #: 617-234-3876

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

RESOLUTE MANAGEMENT INC
125 HIGH STREET 10TH FLOOR
BOSTON, MA 02110

**Advice number:** 00000390007
**Pay date:** 09/27/2024


THIS IS NOT A CHECK

| **Deposited to the account of** | **account number** | **transit ABA** | **amount** |
|---|---|---|---|
| **KIMYUTTA M CARROLL** | xxxxxx3212 | xxxx xxxx | $1,709.87 |

**NON-NEGOTIABLE**