### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Kimyutta M. Carroll**<br>　　　　　　　　Debtor(s) | **CHAPTER 13** |
| **M&T Bank**<br>　　　　　　　　Movant | |
| 　　　vs. | **NO.** 24-14222 AMC |
| **Kimyutta M. Carroll**<br>　　　　　　　　Respondent(s) | |
| **Kenneth E. West**<br>　　　　　　　　Trustee | |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by M&T Bank, it is **Ordered** and **Decreed** that confirmation is **denied**.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Judge