**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| **IN RE: Kimyutta M. Carroll** <br>                               **Debtor(s)** <br><br> **M&T Bank** <br>                               **Movant** <br>         **vs.** <br><br> **Kimyutta M. Carroll** <br>                               **Respondent(s)** | CHAPTER 13 <br> BK. NO. 24-14222 AMC |

**CERTIFICATION OF SERVICE**

      I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **February 11, 2025**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

Michael A. Cibik Esq. (via ECF)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Kimyutta M. Carroll
6716 Cornelius Street
Philadelphia, PA 19138

Date: February 11, 2025

                                                   By: /s/ <u>Denise Carlon</u>
                                                 Denise Carlon, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 Phone: (215) 627-1322 Fax: (215) 627-7734
                                                 Attorneys for Movant/Applicant
                                                 bkgroup@kmllawgroup.com