eRecorded in Philadelphia PA Doc
08/29/2023 04:01 PM Page 1 of 3    Rec Fee: $221.50

**Record and Return To:**
M&T Bank
Assignments Department
PO BOX 1596
Buffalo, NY 14240

Receipt#: ▮▮▮▮▮
**Records Department    Doc Code:** ▮

Property Address: **6716 CORNELIUS ST, PHILADELPHIA, PA 19138**

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERIHOME MORTGAGE COMPANY, LLC., ITS SUCCESSORS AND ASSIGNS , P.O. BOX 2026, FLINT, MI 48501 1-888-679-6377,** by these presents does convey, assign, and transfer and set over to: **M&T BANK, ONE FOUNTAIN PLAZA 8TH FLOOR, BUFFALO, NY 14203,** the following described Mortgage, with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$161368.00** is recorded in the State of **PENNSYLVANIA,** County of **Philadelphia** Official Records, dated **04/23/2021** and recorded on **06/10/2021,** as Instrument No. **53844676** in Book No. **N/A,** at Page No. **N/A**
Original Mortgagor: **KIMYUTTA M. CARROLL**
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERIHOME MORTGAGE COMPANY, LLC., ITS SUCCESSORS AND ASSIGNS**
Municipality: **City of PHILADELPHIA**

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC is at 11819 Miami St., Suite 100, Omaha, NE 68164 P.O. BOX 2026, FLINT, MI 48501-2026
Legal Description: **ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED. SITUATED ON THE SOUTHWESTERLY SIDE OF CORNELIUS STREET AT THE DISTANCE OF ONE HUNDRED THIRTY-ONE FEET, FOUR INCHES NORTHWESTWARDLY FROM THE NORTHWESTERLY SIDE OF WALNUT LANE (SIXTY FEET WIDE) IN THE 10TH WARD OF THE CITY OF PHILADELPHIA. CONTAINING IN FRONT OR BREADTH ON THE SAID SIDE OF CORNELIUS STREET SIXTEEN FEET FOUR INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWESTWARDLY BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAW CORNELIUS STREET EIGHTY FEET TO A CERTAIN FIFTEEEN FEET WIDE DRIVEWAY EXTENDING FROM WALNUT LANE TO HERMAN STREET, NOW KNOWN AS BEYERLY ROAD.**
Date: **08/29/2023.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERIHOME MORTGAGE COMPANY, LLC., ITS SUCCESSORS AND ASSIGNS**

By: *Tammy M. Hamilton* (signature)
Name: **Tammy M. Hamilton**
Title: **Vice President**

STATE OF **New York** } s.s.
COUNTY OF **ERIE**

On **08/29/2023**, before me, **Jillian Keitz,** Notary Public, personally appeared **Tammy M. Hamilton, Vice President** of **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS MORTGAGEE, AS NOMINEE FOR AMERIHOME MORTGAGE COMPANY, LLC., ITS SUCCESSORS AND ASSIGNS** , personally known to me (or proved to me the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she/he/they executed the same in her/his/their authorized capacity(ies), and that by her/his/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

*Jillian Keitz* (signature)

Notary Public: **Jillian Keitz**
My Commission Expires: **03/04/2027**

JILLIAN KEITZ
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01KE6388266
COMM. EXP. 03/04/2027

CERTIFICATE OF RESIDENCE

The undersigned does hereby certify that the precise address of the Mortgagee is: **ONE FOUNTAIN PLAZA 8TH FLOOR, BUFFALO, NY 14203**

BY: _____
Tammy M. Hamilton