**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Kimyutta Carroll,<br><br>                    Debtor. | Case No. 24-14222-DJB<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the First Amended Chapter 13 Plan to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system and by first class mail, postage prepaid, to the following party:

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F. Kennedy Blvd., 5th Floor
Tax & RevenueMSB Unit Bankruptcy Group,
Philadelphia, PA 19102-1595

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

Date: April 9, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com