# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimyutta M. Carroll<br>　　　　　　　　Debtor(s)<br><br>M&T Bank, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>Kimyutta M. Carroll<br>　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 24-14222 DJB |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of M&T Bank, which was filed with the Court on or about February 11, 2025.

Dated: <u>June 17, 2025</u>

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　<u>/s/Matthew Fissel</u>
　　　　　　　　　　　　　　　　　　　Matthew Fissel, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　mfissel@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimyutta M. Carroll | BK NO. 24-14222 DJB |
| Debtor(s) | Chapter 13 |
| M&T Bank | |
| Movant | |
| vs. | |
| Kimyutta M. Carroll | |
| Debtor(s) | |
| Kenneth E. West | |
| Trustee | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 6/17/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praeceipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 6/17/2025

/s/ Matthew Fissel
Matthew Fissel, Esquire
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Kimyutta M. Carroll<br>6716 Cornelius Street<br>Philadelphia, PA 19138 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michael A. Cibik Esq.<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |