United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-14222-djb

Kimyutta M. Carroll     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4
Date Rcvd: Jun 18, 2025     Form ID: 155     Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kimyutta M. Carroll, 6716 Cornelius St, Philadelphia, PA 19138-1617 |
| 14949373 | + | Cibik Law, P.C., 1500 Walnut Street Suite 900, Philadelphia, PA 19102-3518 |
| 14957097 | + | M&T Bank, C/O Denise Carlon, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14949390 | + | Perpay, Attn: Bankruptcy 2400 Market St Suite 30, Philadelphia, PA 19103-3031 |
| 14949391 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14949396 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14949367 | | Email/Text: bankruptcy@rentacenter.com | Jun 19 2025 01:55:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14949368 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 19 2025 01:31:29 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14949369 | | Email/Text: bankruptcycourtnotices@amerihome.com | Jun 19 2025 01:55:00 | AmeriHome Mortgage, Attn: Bankruptcy Attn: Bankruptcy, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 14949370 | + | Email/Text: kwalters@autotrakk.com | Jun 19 2025 01:55:00 | Auto Trakk LLC, Attn: Bankruptcy Department Attn: Bankru, 1500 Sycamore Rd., Ste. 200, Montoursville, PA 17754-9416 |
| 14949372 | | Email/Text: BKPT@cfna.com | Jun 19 2025 01:54:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14950359 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 19 2025 01:54:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 14949374 | | Email/Text: megan.harper@phila.gov | Jun 19 2025 01:55:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14994429 | | Email/Text: megan.harper@phila.gov | Jun 19 2025 01:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14949371 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2025 02:03:24 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14963180 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2025 01:29:26 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14949375 | | Email/Text: bankruptcy@philapark.org | Jun 19 2025 01:55:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14949376 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2025 01:55:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| Recipient ID | Code | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14949377 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2025 01:55:00 | Comenity/MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14949378 | ^ | MEBN | Jun 19 2025 00:37:57 | Diverse Funding, Attn: Bankruptcy Attn: Bankruptcy, 2351 North Forest Road , Suite 110, Getzelle, NY 14068-9902 |
| 14949379 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 19 2025 01:47:42 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14949380 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 19 2025 01:55:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14949381 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 19 2025 01:55:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14971847 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2025 01:55:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14972381 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 19 2025 01:55:00 | Jefferson Capital Systems LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14972485 | | Email/Text: BNCnotices@dcmservices.com | Jun 19 2025 01:55:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14949382 | ^ | MEBN | Jun 19 2025 00:37:44 | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14959869 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2025 02:03:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14949383 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2025 01:48:09 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14949384 | | Email/Text: camanagement@mtb.com | Jun 19 2025 01:55:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 14973773 | | Email/Text: camanagement@mtb.com | Jun 19 2025 01:55:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14959889 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 19 2025 01:31:29 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14949385 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 19 2025 01:47:59 | Merrick Bank/Card Works, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 14972786 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 19 2025 01:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14949386 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 19 2025 01:55:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14949387 | | Email/Text: fesbank@attorneygeneral.gov | Jun 19 2025 01:55:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14949388 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2025 01:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14949389 | ^ | MEBN | Jun 19 2025 00:37:52 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14969013 | ^ | MEBN | Jun 19 2025 00:37:46 | Philadelphia Gas Works, 800 W Montgomery Ave., ATTN:Bankruptcy Dept. 3FL, Philadelphia, PA 19122-2898 |
| 14949392 | | Email/Text: bankruptcy@philapark.org | Jun 19 2025 01:55:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14974751 | | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2025 01:55:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2025 | Form ID: 155 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14960459 | | Email/Text: bnc-quantum@quantum3group.com | Jun 19 2025 01:55:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14949393 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 19 2025 02:45:58 | Regional Acceptance Co, Attn: Bankruptcy 1424 E Firetower Rd, Greenville, SC 27858-4105 |
| 14956673 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 19 2025 02:45:58 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14968925 | + | Email/Text: bncmail@w-legal.com | Jun 19 2025 01:55:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 14949394 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2025 01:31:04 | Syncb/zulily, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14949395 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 19 2025 01:55:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14961216 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 19 2025 01:55:00 | U.S. Department of Education c/o Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 14957195 | | Email/Text: bankruptcynotices@sba.gov | Jun 19 2025 01:54:00 | U.S. Small Business Admin., Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 14949397 | | Email/Text: bknotice@upgrade.com | Jun 19 2025 01:54:00 | Upgrade, Inc., Attn: Bankruptcy, 2 N Central Ave Fl 10, Phoenix, AZ 85004-2322 |
| 14949885 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 19 2025 02:14:27 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 14984538 | + | Email/Text: BhamBankruptcy@sba.gov | Jun 19 2025 01:55:00 | US Small Business Administration, 2 North 20th Street, Suite 320, Birmingham, AL 35203-4002 |
| 14949398 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 19 2025 01:55:00 | USDOE/GLELSI, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 20, 2025         Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jun 18, 2025 | Form ID: 155 | Total Noticed: 53

DENISE ELIZABETH CARLON
   on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW K. FISSEL
   on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com

MICHAEL A. CIBIK
   on behalf of Debtor Kimyutta M. Carroll help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Kimyutta M. Carroll                   Case No. 24−14222−djb

Debtor(s).                                 Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 18, 2025                                                                  For The Court

                                                                                             Derek J Baker  
                                                                                             Judge, United States Bankruptcy Court