**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kimyutta M. Carroll <br> <u>Debtor</u> <br><br> M&T Bank <br> <u>Moving Party</u> <br> vs. <br><br> Kimyutta M. Carroll <br> <u>Debtor</u> <br><br> and Kenneth E. West <br> <u>Trustee</u> | Chapter 13 <br><br> NO. 24-14222 DJB <br><br> 11 U.S.C. Section 362 |

**CERTIFICATION OF DEFAULT**

    I, Matthew Fissel, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated September 15, 2025, was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

    October 16, 2025

                                               /s/ Matthew Fissel
                                               Matthew Fissel, Esq.
                                               KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA  19106
                                             Phone: (215)-627-1322
                                             mfissel@kmllawgroup.com