# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

Kimyutta Carroll,

Debtor.

Case No. 24-14222-DJB
Chapter 13

## Debtor's Objection to Certification of Default

Debtor Kimyutta Carroll, through her attorney, hereby objects to the certification of default filed by M&T Bank at ECF No. 37 and asks to be heard by the Court before the entry of a final order.

Date: October 21, 2025

CIBIK LAW, P.C.
*Attorney for Debtor*

By: _____

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by M&T Bank to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: October 21, 2025

By: _____

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com