*Form 167* (1/25)–doc 39 – 37

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
    Kimyutta M. Carroll              )    Case No. 24–14222–djb
                                     )
                                     )
    Debtor(s).                       )    Chapter: 13
                                     )
                                     )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtor's Objection to
Certification of Default filed by creditor M&T BANK


\*\*\*\*\*\*


Participants can attend this hearing
either in−person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.


\*\*\*\*\*\*

on: 12/4/25

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: October 27, 2025                                    For The Court

                                                                                                                Mohung Wong
                                                                                                                Clerk of Court