## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kimyutta M. Carroll <u>Debtor</u> | CHAPTER 13 |
| M&T Bank <u>Movant</u> vs. | |
| Kimyutta M. Carroll <u>Debtor</u> | NO. 24-14222 DJB |
| Kenneth E. West <u>Trustee</u> | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of M&T Bank, which was filed with the Court on or about **October 16, 2025**.

Dated: <u>January 6, 2026</u>

                                                    Respectfully submitted,

                                                  <u>/s/ Matthew Fissel</u>
                                                  Matthew Fissel, Esq.
                                                  KML Law Group, P.C.
                                                  BNY Mellon Independence Center
                                                  701 Market Street, Suite 5000
                                                  Philadelphia, PA  19106
                                                  Phone: (215) 627-1322
                                                  mfissel@kmllawgroup.com