**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kimyutta M. Carroll <br> <u>Debtor</u> | BK NO. 24-14222 DJB <br><br> Chapter 13 |
| M&T Bank <br> <u>Movant</u> | 11 U.S.C. Section 362 |
| vs. | |
| Kimyutta M. Carroll <br> <u>Debtor</u> | |
| Kenneth E. West <br> <u>Trustee</u> | |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on <u>January 6, 2026</u>, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: <u>January 6, 2026</u>

/s/ Matthew Fissel<br>
Matthew Fissel, Esquire<br>
Attorney I.D. 314567<br>
KML Law Group, P.C.<br>
BNY Mellon Independence Center<br>
701 Market Street, Suite 5000<br>
Philadelphia, PA 19106<br>
201-549-2363<br>
bkgroup@kmllawgroup.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Kimyutta M. Carroll<br>6716 Cornelius Street<br>Philadelphia, PA 19138 | Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other _____<br>(as authorized by the court *) |
| Michael A. Cibik, Esq.<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other _____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br>☐ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other _____<br>(as authorized by the court *) |