**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kimyutta M. Carroll, | Case No. 24-14222-DJB |
| | Chapter 13 |
| *Debtor*. | |

### Motion to Modify Plan After Confirmation

Debtor Kimyutta M. Carroll, by and through her attorney, hereby moves this Court as follows:

1.  The Debtor filed a bankruptcy petition on November 25, 2024. The plan was confirmed on June 18, 2025.

2.  The Debtor's motor vehicle was originally being paid off through the plan, but was recently totaled, and the insurance company paid out the insurance proceeds to the lender as a total loss.

3. The Trustee has recently approved the Debtor's financing of a new motor vehicle.

3. Accordingly, the Debtor now wishes to modify her plan to remove the car loan from part 4(c), aside from what has already been distributed by the Trustee, and lower her payments to account for the addition of her new monthly car payment to her expenses.

4. The proposed plan addresses the amount already distributed towards the car loan by the Trustee, lowers the payment amount by that of the new car payment, and redistributes the remaining funds to general unsecured creditors.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 46 as the new confirmed plan.

6. A supplement to Schedule J has already been filed at ECF No. 45.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 27, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: _____
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com