**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**


Kimyutta M. Carroll,                                    | Case No. 24-14222-DJB
                                                        | Chapter 13
                        *Debtor.*                       |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (doc. # 47, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 46) is **APPROVED**.


**Date:**                                    _____

                                             Honorable Derek J. Baker
                                             U.S. Bankruptcy Judge