## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kimyutta M. Carroll, | Case No. 24-14222-DJB |
| | Chapter 13 |
| *Debtor*. | |

### CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on May 27, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Modified Chapter 13 Plan (ECF No. 46)

- Motion to Modify Plan After Confirmation and Proposed Order (ECF No. 47)

- Notice of Motion to Modify Plan After Confirmation (ECF No. 48)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 27, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service - CM/ECF:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**M&T Bank**
P.O. Box 840
Buffalo, NY 14240-0840

## Method of Service - First Class Mail

**Regional Acceptance Corporation**
PO Box 1847
Wilson, NC 27894-1847

**U.S. Dept. of Housing and Urban Dev.**
801 Market Street 12th Floor
Philadelphia, PA 19107

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Litigation and Collections Unit
1401 John F Kennedy Blvd, 5th Floor
Philadelphia, PA 19102-1595