## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kimyutta M. Carroll,<br><br>*Debtor.* | Case No. 24-14222-DJB<br>Chapter 13 |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 47, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 46) is **APPROVED**.

**Date:  June 25, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge