United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 24-14222-djb

Kimyutta M. Carroll                                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                      Page 1 of 1

Date Rcvd: Jun 25, 2026                          Form ID: pdf900                                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

**Recip ID**              **Recipient Name and Address**
db                        Kimyutta M. Carroll, 6716 Cornelius St, Philadelphia, PA 19138-1617

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kimyutta M. Carroll help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Kimyutta M. Carroll,

*Debtor.*

Case No. 24-14222-DJB
Chapter 13

## <u>ORDER GRANTING MOTION TO MODIFY PLAN</u>

**AND NOW** upon consideration of the Debtor's Motion to Modify the

confirmed Chapter 13 Plan (<u>doc. # 47</u>, the "Motion");

It is hereby **ORDERED** that

1)  The Motion is **GRANTED**; and

2)  The Modified Plan (<u>doc. # 46</u>) is **APPROVED**.

**Date:** **June 25, 2026**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge